AO 91 (Rev. 02/09) Criminal Complaint    Felony

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America
v.
Islem DECIGA

Defendant

United States District Court
Southern District of Texas
**FILED**
NOV 1 5 2018
David J. Bradley, Clerk of Court

Case No. B-18-mJ-1085

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date of __November 14, 2018__ in the county of __Cameron__ in the __Southern__ District of __Texas__, the defendant violated __18__ U. S. C. § __554 and 371__
an offense described as follows:

Knowingly conspired to export or send from the United States, or attempt to export or send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale of such merchandise, article or object, prior to exportation, knowing the same to be intended for the exportation contrary to any law or regulation of the United States, to wit: 1,000 rounds of .223 caliber ammunition.

This criminal complaint is based on these facts:

On November 14, 2018, United States Customs and Border Protection Officers (CBPOs) at Brownsville and Matamoros Port of Entry, Brownsville, TX, encountered Islem DECIGA attempting to depart the United States driving a Volkswagon Passat.  CBPOs conducted an outbound inspection of DECIGA and DECIGA gave a negative declaration for money, ammunition, and firearms. A secondary inspection of her vehicle revealed 10 boxes of .223 caliber ammunition concealed under the driver side seat cover of the vehicle. Each box of .223 caliber ammunition contained 100 rounds each for a total of 1000 rounds.

Homeland Security Special Agents interviewed DECIGA and she admitted she was to deliver the ammunition to an individual in Matamoros, Tamaulipas, Mexico, for a payment of $200.00. DECIGA stated that she has delivered ammunition to the same individual in Mexico on seven to ten previous occasions and was paid approximately $200.00 each time. DECIGA further stated she knew it was illegal to take ammunition into Mexico and that she has never applied for a license to export ammunition to Mexico.

☐ Continued on the attached sheet

_Complainant's signature_

Francisco Javier Mata, Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: November 15, 2018

City and state: Brownsville, Texas

_Judge's signature_

Ronald G. Morgan, U.S. Magistrate Judge
_Printed name and title_